**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TODD DYSON, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:15-cv-02281-MCE-KJN |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

NOW COMES Plaintiff, TODD DYSON ("Plaintiff"), by and through the undersigned counsel, to inform this Honorable Court that the parties in the above-captioned case have reached a settlement on an individual (i.e., not class-wide) basis.  The parties are diligently working on the settlement documentation and Plaintiff anticipates filing a voluntary dismissal of this action with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A)

1

within forty-five (45) days.  Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Dated: May 3, 2016          **MARTIN & BONTRAGER, APC**

/s/ Nicholas J. Bontrager

Nicholas J. Bontrager

*Attorneys for Plaintiff*

**PROOF OF SERVICE**

I filed electronically on this 4th day of May, 2016, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system

Notification sent electronically on this 4th day of May, 2016, to:

Debbie P. Kirkpatrick
Sessions, Fisherman, Nathan & Israel LLP
dkirkpatrick@sessions.legal

This 4th day of May, 2016

<u>s/Nicholas J. Bontrager</u>
Nicholas J. Bontrager