Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorneys for Defendant West Asset Management, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD DYSON, | Case No.: 15-CV-02281 MCE-KJN |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS AND ORDER |
| WEST ASSET MANAGEMENT, INC., | |
| Defendant. | |

   Plaintiff Todd Dyson and Defendant West Asset Management, Inc. (hereinafter "WAM"), by and through undersigned counsel, hereby stipulate that this action shall be dismissed with prejudice as to Plaintiff's claims and without prejudice as to the claims of the putative class.

///

///

///

///

Each party will bear its own costs and fees.

    IT IS SO STIPULATED.

Dated: 5/27/2016                    MARTIN & BONTRAGER, APC

                                        */s/Nicholas J. Bontrager*
                                        Nicholas J. Bontrager
                                        Attorney for Plaintiff
                                        Todd Dyson

Dated: 5/25/16                       SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                        */s/Debbie P. Kirkpatrick*
                                        Debbie P. Kirkpatrick
                                        Attorney for Defendant
                                        West Asset Management, Inc.

    IT IS SO ORDERED.

Dated:  June 2, 2016

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE